EUREKA
INTELLECTUAL PROPERTY LAW
20507 TAMARRON DRIVE, HUMBLE, TEXAS 77346
832-287-7039

**FOR SETTLEMENT PURPOSES ONLY PURSUANT TO FRE 408**

**08.20.2026**

Brendan English - Founder & Chief Executive Officer
RailPod, Inc.
371 Dorchester Avenue, Suite 160
Boston, Massachusetts 02127
United States

**Re: Notice of Infringement of Big Will Enterprise, Inc. U.S. Patents by RailPod, Inc.**

Dear Mr. English:

We represent Big Will Enterprise, Inc. ("BWE"), headquartered at 4573 West 1st Avenue, Vancouver, British Columbia V6R 1H7, Canada. BWE owns and licenses U.S. Patent Nos. 9,049,558 (the "'558 patent"), 8,452,273 (the "'273 patent"), 8,559,914 (the "'914 patent"), and 8,737,951 (the "'951 patent") (collectively, the "Asserted Patents"). The Asserted Patents concern sensor-processing systems and methods for determining movement activities and conditions from onboard accelerometer and related inertial-sensor data.

The technological center of the Asserted Patents is advanced processing of accelerometer and related inertial-sensor data carried by or mounted to moving things. The technology includes receiving multi-axis acceleration measurements, establishing or using reference information relating the sensor to a coordinate or gravity framework, calculating movement information relative to that framework, identifying movement activities or operating conditions, and, where claimed, communicating or acting on the resulting determination. Conventional GPS tracking, generic communications, and ordinary data storage are supporting context rather than the technological center of BWE's infringement position.

RailPod, Inc. ("RailPod") is a United States rail-inspection technology company headquartered in Boston, Massachusetts. RailPod develops and operates autonomous and operator-assisted rail-inspection vehicles, onboard sensor systems, track-geometry measurement technology, LiDAR and vision inspection systems, inertial-navigation technology, web-based data portals, and automated defect and exception-analysis software for railroad infrastructure in the United States.

RailPod expressly states that its inspection platform integrates lasers, cameras, inertial navigation systems, advanced algorithms, autonomous navigation, and data analytics. Its platform calculates track-geometry parameters including gauge, cross-level, alignment, surface, speed, warp, twist, curvature, and elevation; automatically generates, classifies, and evaluates exceptions; validates defects in real time; and can send text or email notifications when a defect occurs. RailPod also provides GIS-based reports and run-on-run comparison tools that identify variations between successive inspections.

RailPod's own U.S. Patent No. 9,950,716 provides especially important sensor evidence. RailPod discloses an autonomous rail vehicle having processors and memory, onboard sensor and communication systems, and a positional system that may include a GPS device, an inertial gyroscope, or accelerometers. The disclosed positional system communicates with the onboard processor and memory to determine vehicle position relative to track features and junctions, while wireless communications connect the vehicle with off-board systems for remote operation and data exchange. This is direct RailPod-specific evidence of accelerometer and inertial-gyroscope use in the company's autonomous rail architecture.

These disclosures are unusually relevant to BWE because the accused architecture is not merely optical inspection or location tracking. RailPod places inertial navigation and accelerometer/ gyroscope-capable sensing on a moving rail vehicle, combines those measurements with lasers, cameras, GIS/location information, track geometry, and advanced algorithms, derives geometry and condition information, classifies exceptions and defects, and communicates resulting information to remote users and software systems. That architecture closely tracks BWE's sensor-processing pathway from onboard motion data through reference-aware processing to movement or operating-condition determination and responsive action.

The accused products and systems include, without limitation, RailPod autonomous and operator-assisted rail-inspection vehicles; RailPod track-geometry measurement systems; onboard inertial navigation systems and positional systems; accelerometers, inertial gyroscopes, IMUs and related inertial sensors where installed; lasers, cameras, encoders, LiDAR, GPS/GNSS and associated sensor-fusion components; onboard processors, memory, firmware and control software; autonomous-navigation and track-junction systems; exception-generation and classification software; GIS and run-on-run comparison tools; real-time defect validation and notification functions; RailPod's browser-based data portal and remote communication systems; and substantially similar RailPod or third-party-supplied sensors, navigation modules, processors,

and inspection subsystems integrated into RailPod platforms (collectively, the "Accused Products"). BWE's notice is not limited to any single INS, IMU, accelerometer, gyroscope, or component supplier.

The public technical record directly establishes several important BWE elements. RailPod carries sensor and computing systems on a moving rail vehicle; expressly integrates inertial navigation; identifies accelerometers and inertial gyroscopes in its patented autonomous platform; computes a complete set of track-geometry parameters; compares and classifies measured conditions against maintenance standards and prior inspection runs; validates defects in real time; and transmits data and alerts to remote users through web, text, email, and off-board communication systems.

On information and belief, one or more Accused Products receive successive time-associated three-dimensional accelerometer data and, where applicable, angular-motion data from an IMU, inertial-navigation system, inertial gyroscope, or equivalent sensor package. On information and belief, the accused processing establishes or uses reference information derived from Earth gravity, sensor orientation, rail-vehicle attitude, track coordinate geometry, GPS/GNSS, calibration information, mounting geometry, prior track measurements, customer maintenance standards, or equivalent reference relationships so that later x/y/z acceleration samples can be transformed, normalized, compared, or otherwise interpreted consistently as the RailPod vehicle moves, pitches, rolls, vibrates, traverses curves, changes grade, and encounters track irregularities.

Accordingly, BWE hereby provides RailPod with formal notice that BWE contends that the manufacture, sale, installation, integration, use, operation, support, and implementation of one or more Accused Products practices one or more claims of the Asserted Patents. The representative claim charts below identify the presently known infringement theories based on RailPod's public product materials, RailPod's own patent disclosures, and calibrated engineering inferences where implementation details are not public.

| RailPod Evidence | Publicly Identified Functionality | BWE Relevance |
|---|---|---|
| RailPod Inspection Technologies | RailPod states its platform integrates lasers, cameras, inertial navigation systems, advanced algorithms, autonomous navigation, and data analytics. It measures gauge, cross-level, alignment, surface, speed, warp, twist, curvature, and elevation. | Direct moving-platform inertial architecture; geometry and condition determination from onboard sensing. |
| RailPod Track Geometry / Exception Processing | RailPod automatically generates, classifies, and evaluates geometry exceptions against customer maintenance standards and validates defects in real time. | Sensor-derived condition/ activity classification and reference/threshold comparison. |
| RailPod U.S. Patent No. 9,950,716 | RailPod discloses processors, memory, sensor and communication systems, and a positional system that may include GPS, an inertial gyroscope, or accelerometers; the positional system communicates with the processor and memory. | Direct RailPod-specific accelerometer/inertial-gyroscope evidence with onboard processing. |
| RailPod Off-Board / Remote Architecture | RailPod's patent discloses wireless communication with an off-board system for remote operation; commercial software transmits inspection data to field inspectors and the web portal. | Supports remote-computer and communication limitations where claimed. |

| | | |
|---|---|---|
| RailPod Software Solution | Web-based portal provides 24/7 access, reports, downloadable data, and integration with existing IT systems and mobile | Remote availability and processing of sensor-derived inspection results. |
| Run-on-Run / GIS Analysis | RailPod provides GIS-based reports and automated run-on-run views to identify variations between | Reference/comparison processing using prior measurements and spatial frameworks. |
| Autonomous Track Inspection Patent | RailPod's active U.S. patent covers autonomous track inspection, track-junction sensing, processor/memory control, and sensor-based navigation on a moving rail platform. | Confirms commercial-relevant architecture of onboard sensing, processing, autonomous response, and communications. |
| Representative Sources | RailPod Inspection Technologies; RailPod About Us; RailPod Software Solution; RailPod hiring page; U.S. Patent No. 9,950,716 / US20160002865A1; SEC Form D for RailPod, Inc. | Public evidence supporting entity, U.S. nexus, sensor architecture, processing, classification, and remote communication. |

The representative claim charts below focus on RailPod's disclosed inertial-navigation and accelerometer/gyroscope-capable architecture, onboard processors and memory, geometry measurement, autonomous operation, reference and comparison processing, exception classification, remote communication, and responsive inspection and maintenance functions. They are representative rather than exhaustive and do not limit BWE's position concerning other RailPod vehicles, sensor packages, software versions, third-party inertial modules, customer configurations, or substantially similar implementations that practice the same patented technology.

| **U.S. Patent No. 9,049,558 Claim 1** | **RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems** |
|---|---|
| 1. A method, comprising: receiving a time value and at least three streams of data sample values from one or more sensors of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of movement of the WCD at a corresponding time value; | RailPod's moving inspection platform repeatedly acquires sensor measurements while traversing track. RailPod expressly integrates inertial navigation and its own patent identifies accelerometers and an inertial gyroscope as positional-system options connected to onboard processor and memory. On information and belief, the installed inertial system produces successive time-associated multi-axis acceleration and angular-motion samples, synchronized with geometry, laser/camera, GIS/GPS, and vehicle-state data. Source: https://www.rail-pod.com/inspection-technologies/ |
| recognizing a particular set of data sample values as a reference for defining an orientation of the WCD in a coordinate system; | RailPod's accused systems establish and use reference information for later sensor interpretation. Public materials identify inertial navigation, GIS spatial data, GPS locations, customer maintenance standards, and automated run-on-run comparison of successive inspections. On information and belief, the inertial subsystem additionally derives orientation/reference information from accelerometer and gyroscope data, gravity, calibration, vehicle attitude, and track-centered geometry. |

| | |
|---|---|
| computing reference data based upon the recognition of the particular set, the reference data defining a relationship between each set of subsequent non-reference data sample values and the particular reference set of data sample values in the coordinate system; and | RailPod's accused systems establish and use reference information for later sensor interpretation. Public materials identify inertial navigation, GIS spatial data, GPS locations, customer maintenance standards, and automated run-on-run comparison of successive inspections. On information and belief, the inertial subsystem additionally derives orientation/reference information from accelerometer and gyroscope data, gravity, calibration, vehicle attitude, and track-centered geometry. |
| calculating movement data in the coordinate system of one or more other non-reference data sample values based upon the reference data; and | RailPod's accused systems establish and use reference information for later sensor interpretation. Public materials identify inertial navigation, GIS spatial data, GPS locations, customer maintenance standards, and automated run-on-run comparison of successive inspections. On information and belief, the inertial subsystem additionally derives orientation/reference information from accelerometer and gyroscope data, gravity, calibration, vehicle attitude, and track-centered geometry. |
| determining a mobile thing motion activity (MTMA) associated with the MT based upon the movement data. | RailPod uses processed onboard sensor data to determine movement or operating conditions associated with the moving inspection vehicle and the track beneath it. Commercial outputs include measured geometry, deviations, defects, and classified exceptions; the system validates identified conditions and supports immediate maintenance and inspection response. |

| U.S. Patent No. 9,049,558<br>Claim 13 | RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems |
|---|---|
| 13. The method of claim 1, wherein one or more of the steps of the method is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both. | RailPod implements the accused processing through onboard processors and memory carried by the inspection vehicle and through associated remote/off-board computer systems and web-based software. RailPod's own patent expressly places processor 42 and memory 44 onboard and permits wireless communication with an off-board system; commercial RailPod software also makes inspection data available through a remote browser-based portal. Source: https://www.rail-pod.com/inspection-technologies/ |

| **U.S. Patent No. 9,049,558**<br>**Claim 17** | **RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems** |
|---|---|
| 17. A method, comprising:<br>receiving first and second data from one or more sensors associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of movement of the WCD; | RailPod's moving inspection platform repeatedly acquires sensor measurements while traversing track. RailPod expressly integrates inertial navigation and its own patent identifies accelerometers and an inertial gyroscope as positional-system options connected to onboard processor and memory. On information and belief, the installed inertial system produces successive time-associated multi-axis acceleration and angular-motion samples, synchronized with geometry, laser/camera, GIS/GPS, and vehicle-state data. Source: https://www.rail-pod.com/inspection-technologies/ |
| determining reference data that defines a reference framework from the first data; | RailPod's accused systems establish and use reference information for later sensor interpretation. Public materials identify inertial navigation, GIS spatial data, GPS locations, customer maintenance standards, and automated run-on-run comparison of successive inspections. On information and belief, the inertial subsystem additionally derives orientation/reference information from accelerometer and gyroscope data, gravity, calibration, vehicle attitude, and track-centered geometry. |

| | |
|---|---|
| normalizing the second data with the reference data so that the second data can be analyzed in the reference framework; and | RailPod's accused systems establish and use reference information for later sensor interpretation. Public materials identify inertial navigation, GIS spatial data, GPS locations, customer maintenance standards, and automated run-on-run comparison of successive inspections. On information and belief, the inertial subsystem additionally derives orientation/reference information from accelerometer and gyroscope data, gravity, calibration, vehicle attitude, and track-centered geometry. |
| identifying a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data. | RailPod uses processed onboard sensor data to determine movement or operating conditions associated with the moving inspection vehicle and the track beneath it. Commercial outputs include measured geometry, deviations, defects, and classified exceptions; the system validates identified conditions and supports immediate maintenance and inspection response. |

| **U.S. Patent No. 9,049,558**<br>**Claim 25** | **RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems** |
|---|---|
| 25. The method of claim 17, wherein one or more of the steps of the method is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both. | RailPod implements the accused processing through onboard processors and memory carried by the inspection vehicle and through associated remote/off-board computer systems and web-based software. RailPod's own patent expressly places processor 42 and memory 44 onboard and permits wireless communication with an off-board system; commercial RailPod software also makes inspection data available through a remote browser-based portal. Source: https:// www.rail-pod.com/inspection-technologies/ |

| **U.S. Patent No. 9,049,558**<br>**Claim 27** | **RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems** |
|---|---|
| 27. A method for implementation in a wireless communication device (WCD) that is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with a mobile thing (MT), comprising: | RailPod uses processed onboard sensor data to determine movement or operating conditions associated with the moving inspection vehicle and the track beneath it. Commercial outputs include measured geometry, deviations, defects, and classified exceptions; the system validates identified conditions and supports immediate maintenance and inspection response. Source: https://www.rail-pod.com/inspection-technologies/ |
| receiving a plurality of data sample values from one or more sensors of the WCD that is transported by the MT, the data sample values indicative of movement of the WCD; | RailPod's moving inspection platform repeatedly acquires sensor measurements while traversing track. RailPod expressly integrates inertial navigation and its own patent identifies accelerometers and an inertial gyroscope as positional-system options connected to onboard processor and memory. On information and belief, the installed inertial system produces successive time-associated multi-axis acceleration and angular-motion samples, synchronized with geometry, laser/camera, GIS/GPS, and |

| | |
|---|---|
| computing reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of data sample values; calculating movement data based upon the reference data and the data sample values; and | RailPod's accused systems establish and use reference information for later sensor interpretation. Public materials identify inertial navigation, GIS spatial data, GPS locations, customer maintenance standards, and automated run-on-run comparison of successive inspections. On information and belief, the inertial subsystem additionally derives orientation/reference information from accelerometer and gyroscope data, gravity, calibration, vehicle attitude, and track-centered geometry. |
| determining an MTMA associated with the MT based upon the movement data. | RailPod uses processed onboard sensor data to determine movement or operating conditions associated with the moving inspection vehicle and the track beneath it. Commercial outputs include measured geometry, deviations, defects, and classified exceptions; the system validates identified conditions and supports immediate maintenance and inspection response. |

| **U.S. Patent No. 9,049,558 Claim 42** | **RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems** |
|---|---|
| 42. A system, comprising:<br>one or more memories designed to store computer program code;<br>one or more processors designed to execute the computer program code; and wherein the computer program code comprises: | RailPod's autonomous rail-inspection platform satisfies or supports this limitation through a moving, sensor-equipped rail vehicle carrying onboard processors, memory, inertial-navigation and geometry sensors, autonomous-control software, and remote communications. RailPod's public materials and patent disclosures confirm the relevant onboard sensing, processing, condition determination, and off-board communication architecture. Source: https://www.rail-pod.com/inspection-technologies/ |
| code to receive first and second data from one or more sensors associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of movement of the WCD; | RailPod's moving inspection platform repeatedly acquires sensor measurements while traversing track. RailPod expressly integrates inertial navigation and its own patent identifies accelerometers and an inertial gyroscope as positional-system options connected to onboard processor and memory. On information and belief, the installed inertial system produces successive time-associated multi-axis acceleration and angular-motion samples, synchronized with geometry, laser/camera, GIS/GPS, and |

| | |
|---|---|
| code to determine reference data that defines a reference framework from the first data; | RailPod's accused systems establish and use reference information for later sensor interpretation. Public materials identify inertial navigation, GIS spatial data, GPS locations, customer maintenance standards, and automated run-on-run comparison of successive inspections. On information and belief, the inertial subsystem additionally derives orientation/reference information from accelerometer and gyroscope data, gravity, calibration, vehicle attitude, and track-centered geometry. |
| code to normalize the second data with the reference data so that the second data can be analyzed in the reference framework; and | RailPod's accused systems establish and use reference information for later sensor interpretation. Public materials identify inertial navigation, GIS spatial data, GPS locations, customer maintenance standards, and automated run-on-run comparison of successive inspections. On information and belief, the inertial subsystem additionally derives orientation/reference information from accelerometer and gyroscope data, gravity, calibration, vehicle attitude, and track-centered geometry. |
| code to identify a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data. | RailPod uses processed onboard sensor data to determine movement or operating conditions associated with the moving inspection vehicle and the track beneath it. Commercial outputs include measured geometry, deviations, defects, and classified exceptions; the system validates identified conditions and supports immediate maintenance and inspection response. |

| **U.S. Patent No. 9,049,558**<br>**Claim 50** | **RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems** |
|---|---|
| 50. The system of claim 42, wherein the system is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both. | RailPod implements the accused processing through onboard processors and memory carried by the inspection vehicle and through associated remote/off-board computer systems and web-based software. RailPod's own patent expressly places processor 42 and memory 44 onboard and permits wireless communication with an off-board system; commercial RailPod software also makes inspection data available through a remote browser-based portal. Source: https://www.rail-pod.com/inspection-technologies/ |

| **U.S. Patent No. 9,049,558**<br>**Claim 52** | **RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems** |
|---|---|
| 52. A system for implementation in a wireless communication device (WCD) that is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with a mobile thing (MT), comprising: one or more memories designed to store computer program code; one or more processors designed to execute the computer program code; and wherein the computer program code comprises: | RailPod uses processed onboard sensor data to determine movement or operating conditions associated with the moving inspection vehicle and the track beneath it. Commercial outputs include measured geometry, deviations, defects, and classified exceptions; the system validates identified conditions and supports immediate maintenance and inspection response.<br>Source: https://www.rail-pod.com/inspection-technologies/ |
| code to receive a plurality of data sample values from one or more sensors of the WCD that is transported by the MT, the data sample values indicative of movement of the WCD; | RailPod's moving inspection platform repeatedly acquires sensor measurements while traversing track. RailPod expressly integrates inertial navigation and its own patent identifies accelerometers and an inertial gyroscope as positional-system options connected to onboard processor and memory. On information and belief, the installed inertial system produces successive time-associated multi-axis acceleration and angular-motion samples, synchronized with geometry, laser/camera, GIS/GPS, and |

| | |
|---|---|
| code to compute reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of data sample values; | RailPod's accused systems establish and use reference information for later sensor interpretation. Public materials identify inertial navigation, GIS spatial data, GPS locations, customer maintenance standards, and automated run-on-run comparison of successive inspections. On information and belief, the inertial subsystem additionally derives orientation/reference information from accelerometer and gyroscope data, gravity, calibration, vehicle attitude, and track-centered geometry. |
| code to calculate movement data based upon the reference data and the data sample values; and | RailPod's accused systems establish and use reference information for later sensor interpretation. Public materials identify inertial navigation, GIS spatial data, GPS locations, customer maintenance standards, and automated run-on-run comparison of successive inspections. On information and belief, the inertial subsystem additionally derives orientation/reference information from accelerometer and gyroscope data, gravity, calibration, vehicle attitude, and track-centered geometry. |
| code to determine an MTMA associated with the MT based upon the movement data. | RailPod uses processed onboard sensor data to determine movement or operating conditions associated with the moving inspection vehicle and the track beneath it. Commercial outputs include measured geometry, deviations, defects, and classified exceptions; the system validates identified conditions and supports immediate maintenance and inspection response. |

| **U.S. Patent No. 8,452,273**<br>**Claim 1** | **RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems** |
|---|---|
| 1. A method, comprising: receiving a time value and three streams of data sample values from an accelerometer of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of an acceleration of the WCD along an axis of a three dimensional (3D) coordinate system at a corresponding time value; | RailPod's moving inspection platform repeatedly acquires sensor measurements while traversing track. RailPod expressly integrates inertial navigation and its own patent identifies accelerometers and an inertial gyroscope as positional-system options connected to onboard processor and memory. On information and belief, the installed inertial system produces successive time-associated multi-axis acceleration and angular-motion samples, synchronized with geometry, laser/camera, GIS/GPS, and vehicle-state data. Source: https://www.rail-pod.com/inspection-technologies/ |
| recognizing a particular set of data sample values as a reference in the 3D coordinate system for defining a relationship between an orientation of the WCD and a two dimensional (2D) coordinate system; | RailPod's accused systems establish and use reference information for later sensor interpretation. Public materials identify inertial navigation, GIS spatial data, GPS locations, customer maintenance standards, and automated run-on-run comparison of successive inspections. On information and belief, the inertial subsystem additionally derives orientation/reference information from accelerometer and gyroscope data, gravity, calibration, vehicle attitude, and track-centered geometry. |

| | |
|---|---|
| computing reference data based upon the recognition of the particular set, the reference data defining a relationship between each set of subsequent non-reference data sample values and the particular reference set of data sample values in the 2D coordinate system; | RailPod's accused systems establish and use reference information for later sensor interpretation. Public materials identify inertial navigation, GIS spatial data, GPS locations, customer maintenance standards, and automated run-on-run comparison of successive inspections. On information and belief, the inertial subsystem additionally derives orientation/reference information from accelerometer and gyroscope data, gravity, calibration, vehicle attitude, and track-centered geometry. |
| calculating movement data in the 2D coordinate system of one or more other non-reference data sample values based upon the reference data; and determining a moving thing motion activity (MTMA) associated with the MT based upon the movement data. | RailPod's accused systems establish and use reference information for later sensor interpretation. Public materials identify inertial navigation, GIS spatial data, GPS locations, customer maintenance standards, and automated run-on-run comparison of successive inspections. On information and belief, the inertial subsystem additionally derives orientation/reference information from accelerometer and gyroscope data, gravity, calibration, vehicle attitude, and track-centered geometry. |

| U.S. Patent No. 8,452,273<br>Claim 2 | RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems |
|---|---|
| 2. The method of claim 1, further comprising: prior to recognizing, mathematically combining the data sample values of the particular reference set; and recognizing the particular reference set as the reference when a combined value has a magnitude that is indicative of a relationship to Earth gravity. | On information and belief, the RailPod inertial-navigation/IMU implementation uses Earth gravity as a persistent physical reference and applies an orientation transformation to later multi-axis acceleration samples so that horizontal, vertical, lateral, and track-relative movement can be calculated consistently despite changes in sensor or vehicle attitude. Source: https://www.rail-pod.com/inspection-technologies/ |

| U.S. Patent No. 8,452,273<br>Claim 3 | RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems |
|---|---|
| 3. The method of claim 2, further comprising updating the reference data each time the reference set of data samples is recognized. | RailPod's accused systems establish and use reference information for later sensor interpretation. Public materials identify inertial navigation, GIS spatial data, GPS locations, customer maintenance standards, and automated run-on-run comparison of successive inspections. On information and belief, the inertial subsystem additionally derives orientation/reference information from accelerometer and gyroscope data, gravity, calibration, vehicle attitude, and track-centered geometry. Source: https://www.rail-pod.com/inspection-technologies/ |

| **U.S. Patent No. 8,452,273**<br>**Claim 4** | **RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems** |
|---|---|
| 4. The method of claim 1, wherein: each set of data sample values includes a vector defined by three data sample values x,y,z; the reference data is a rotation matrix M; and the movement data comprises a vertical magnitude along the z axis and a horizontal magnitude along the x, y plane, both derived from a rotated vector, the rotated vector equal to the rotation matrix M multiplied by the vector associated with the other non-reference data sample values x,y,z. | On information and belief, RailPod's inertial-navigation processing determines and applies a rotation matrix, quaternion, direction-cosine matrix, or mathematically equivalent orientation transformation derived from reference sensor data. Such processing permits later x/y/z accelerometer samples to be interpreted in a stable gravity-, vehicle-, or track-referenced framework while the inspection vehicle changes roll, pitch, yaw, grade, curvature, and cross-level. Source: https://www.rail-pod.com/inspection-technologies/ |

| **U.S. Patent No. 8,452,273**<br>**Claim 8** | **RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems** |
|---|---|
| 8. The method of claim 1, wherein the reference data is in the form of a rotation matrix that normalizes the sets of non-reference data sample values with respect to Earth gravity. | On information and belief, RailPod's inertial-navigation processing determines and applies a rotation matrix, quaternion, direction-cosine matrix, or mathematically equivalent orientation transformation derived from reference sensor data. Such processing permits later x/y/z accelerometer samples to be interpreted in a stable gravity-, vehicle-, or track-referenced framework while the inspection vehicle changes roll, pitch, yaw, grade, curvature, and cross-level. Source: https://www.rail-pod.com/inspection-technologies/ |

| **U.S. Patent No. 8,452,273**<br>**Claim 11** | **RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems** |
|---|---|
| 11. The method of claim 1, wherein one or more of the steps of the method is implemented in the WCD. | RailPod implements the accused processing through onboard processors and memory carried by the inspection vehicle and through associated remote/off-board computer systems and web-based software. RailPod's own patent expressly places processor 42 and memory 44 onboard and permits wireless communication with an off-board system; commercial RailPod software also makes inspection data available through a remote browser-based portal. Source: https://www.rail-pod.com/inspection-technologies/ |

| U.S. Patent No. 8,452,273 Claim 12 | RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems |
|---|---|
| 12. A method, comprising: receiving first and second data from an accelerometer associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of acceleration of the WCD; | RailPod's moving inspection platform repeatedly acquires sensor measurements while traversing track. RailPod expressly integrates inertial navigation and its own patent identifies accelerometers and an inertial gyroscope as positional-system options connected to onboard processor and memory. On information and belief, the installed inertial system produces successive time-associated multi-axis acceleration and angular-motion samples, synchronized with geometry, laser/camera, GIS/GPS, and vehicle-state data. Source: https://www.rail-pod.com/inspection-technologies/ |
| determining reference data that defines a reference framework in two dimensions (2D) of space from the first data; | RailPod's accused systems establish and use reference information for later sensor interpretation. Public materials identify inertial navigation, GIS spatial data, GPS locations, customer maintenance standards, and automated run-on-run comparison of successive inspections. On information and belief, the inertial subsystem additionally derives orientation/reference information from accelerometer and gyroscope data, gravity, calibration, vehicle attitude, and track-centered geometry. |

| | |
|---|---|
| normalizing the second data with the reference data so that the second data can be analyzed in the 2D space; and | RailPod's accused systems establish and use reference information for later sensor interpretation. Public materials identify inertial navigation, GIS spatial data, GPS locations, customer maintenance standards, and automated run-on-run comparison of successive inspections. On information and belief, the inertial subsystem additionally derives orientation/reference information from accelerometer and gyroscope data, gravity, calibration, vehicle attitude, and track-centered geometry. |
| identifying a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data. | RailPod uses processed onboard sensor data to determine movement or operating conditions associated with the moving inspection vehicle and the track beneath it. Commercial outputs include measured geometry, deviations, defects, and classified exceptions; the system validates identified conditions and supports immediate maintenance and inspection response. |

| U.S. Patent No. 8,452,273<br>Claim 13 | RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems |
|---|---|
| 13. The method of claim 12, wherein the second data comprises a plurality of periodic samples. | RailPod's autonomous rail-inspection platform satisfies or supports this limitation through a moving, sensor-equipped rail vehicle carrying onboard processors, memory, inertial-navigation and geometry sensors, autonomous-control software, and remote communications. RailPod's public materials and patent disclosures confirm the relevant onboard sensing, processing, condition determination, and off-board communication architecture. Source: https://www.rail-pod.com/inspection-technologies/ |

| U.S. Patent No. 8,452,273<br>Claim 14 | RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems |
|---|---|
| 14. The method of claim 12, wherein the reference data is indicative of a relationship to Earth gravity. | On information and belief, the RailPod inertial-navigation/IMU implementation uses Earth gravity as a persistent physical reference and applies an orientation transformation to later multi-axis acceleration samples so that horizontal, vertical, lateral, and track-relative movement can be calculated consistently despite changes in sensor or vehicle attitude. Source: https://www.rail-pod.com/inspection-technologies/ |

| **U.S. Patent No. 8,452,273**<br>**Claim 15** | **RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems** |
| --- | --- |
| 15. The method of claim 12, wherein the reference data is determined in the form of vector information indicative of a relation to Earth gravity by comparing the first data to a predefined numerical range. | On information and belief, the RailPod inertial-navigation/IMU implementation uses Earth gravity as a persistent physical reference and applies an orientation transformation to later multi-axis acceleration samples so that horizontal, vertical, lateral, and track-relative movement can be calculated consistently despite changes in sensor or vehicle attitude. Source: https://www.rail-pod.com/inspection-technologies/ |

| **U.S. Patent No. 8,452,273**<br>**Claim 16** | **RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems** |
| --- | --- |
| 16. The method of claim 15, wherein the accelerometer produces first, second, and third sample data along each of 3 axes in a three dimensional (3D) coordinate system and wherein the first data pertains to a value that equals one within a predefined range, the value computed by combining the first, second, and third sample data. | RailPod's autonomous rail-inspection platform satisfies or supports this limitation through a moving, sensor-equipped rail vehicle carrying onboard processors, memory, inertial-navigation and geometry sensors, autonomous-control software, and remote communications. RailPod's public materials and patent disclosures confirm the relevant onboard sensing, processing, condition determination, and off-board communication architecture. Source: https://www.rail-pod.com/inspection-technologies/ |

| **U.S. Patent No. 8,452,273**<br>**Claim 20** | **RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems** |
| --- | --- |
| 20. The method of claim 12, wherein one or more of the steps of the method is implemented in the WCD. | RailPod implements the accused processing through onboard processors and memory carried by the inspection vehicle and through associated remote/off-board computer systems and web-based software. RailPod's own patent expressly places processor 42 and memory 44 onboard and permits wireless communication with an off-board system; commercial RailPod software also makes inspection data available through a remote browser-based portal. Source: https://www.rail-pod.com/inspection-technologies/ |

| **U.S. Patent No. 8,452,273**<br>**Claim 21** | **RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems** |
| --- | --- |
| 21. The method of claim 12, further comprising: determining an MTMA based action to be initiated based upon the identified MTMA; and initiating an MTMA based action. | RailPod uses processed onboard sensor data to determine movement or operating conditions associated with the moving inspection vehicle and the track beneath it. Commercial outputs include measured geometry, deviations, defects, and classified exceptions; the system validates identified conditions and supports immediate maintenance and inspection response. Source: https://www.rail-pod.com/inspection-technologies/ |

| **U.S. Patent No. 8,452,273**<br>**Claim 22** | **RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems** |
|---|---|
| 22. A method, comprising: receiving a time value and three streams of data sample values from an accelerometer of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of an acceleration of the WCD along an axis of a three dimensional (3D) coordinate system at a corresponding time value; | RailPod's moving inspection platform repeatedly acquires sensor measurements while traversing track. RailPod expressly integrates inertial navigation and its own patent identifies accelerometers and an inertial gyroscope as positional-system options connected to onboard processor and memory. On information and belief, the installed inertial system produces successive time-associated multi-axis acceleration and angular-motion samples, synchronized with geometry, laser/camera, GIS/GPS, and vehicle-state data. Source: https://www.rail-pod.com/inspection-technologies/ |
| computing reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of 3D sets of data sample values; | RailPod's accused systems establish and use reference information for later sensor interpretation. Public materials identify inertial navigation, GIS spatial data, GPS locations, customer maintenance standards, and automated run-on-run comparison of successive inspections. On information and belief, the inertial subsystem additionally derives orientation/reference information from accelerometer and gyroscope data, gravity, calibration, vehicle attitude, and track-centered geometry. |

| | |
|---|---|
| calculating movement data for each set based upon the reference data; and | RailPod's accused systems establish and use reference information for later sensor interpretation. Public materials identify inertial navigation, GIS spatial data, GPS locations, customer maintenance standards, and automated run-on-run comparison of successive inspections. On information and belief, the inertial subsystem additionally derives orientation/reference information from accelerometer and gyroscope data, gravity, calibration, vehicle attitude, and track-centered geometry. |
| identifying a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data. | RailPod uses processed onboard sensor data to determine movement or operating conditions associated with the moving inspection vehicle and the track beneath it. Commercial outputs include measured geometry, deviations, defects, and classified exceptions; the system validates identified conditions and supports immediate maintenance and inspection response. |

| U.S. Patent No. 8,452,273<br>Claim 23 | RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems |
|---|---|
| 23. The method of claim 22, further comprising: recognizing a particular set of data sample values as a reference in the 3D coordinate system for defining a relationship between an orientation of the WCD and a two dimensional 2D coordinate system; determining a rotation matrix based upon the particular set of reference data sample values; and calculating the movement data based upon the rotation matrix and one or more sets of the data sample values that are not the particular reference set. | On information and belief, RailPod's inertial-navigation processing determines and applies a rotation matrix, quaternion, direction-cosine matrix, or mathematically equivalent orientation transformation derived from reference sensor data. Such processing permits later x/y/z accelerometer samples to be interpreted in a stable gravity-, vehicle-, or track-referenced framework while the inspection vehicle changes roll, pitch, yaw, grade, curvature, and cross-level. Source: https://www.rail-pod.com/inspection-technologies/ |

| **U.S. Patent No. 8,559,914**<br>**Claim 15** | **RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems** |
|---|---|
| 15. A method comprising the steps of: determining, by a computing device, a user activity and/or user surroundings; | RailPod's autonomous rail-inspection platform satisfies or supports this limitation through a moving, sensor-equipped rail vehicle carrying onboard processors, memory, inertial-navigation and geometry sensors, autonomous-control software, and remote communications. RailPod's public materials and patent disclosures confirm the relevant onboard sensing, processing, condition determination, and off-board communication architecture. Source: https://www.rail-pod.com/inspection-technologies/ |
| determining, by the computing device, a surveillance mode that corresponds to the user activity and/or the user surroundings; | RailPod supports different monitoring, inspection, validation, and response states based on the activity or condition determined from onboard sensing. A normal inspection process can progress to exception classification, real-time defect validation, remote review, notification, or focused follow-up when the system identifies a condition requiring attention. |
| facilitating, by the computing device, a user-defined response to the user activity and/or the user surroundings; and | RailPod facilitates configured responses to determined conditions, including real-time validation by its Shadow Operations Team, generation of actionable defect lists, predictive maintenance analysis, text/email notifications, remote review, and scheduling or prioritization of inspection and repair activity. |

| | |
|---|---|
| communicating, by the computing device, surveillance information to at least one remotely located computer device. | RailPod communicates sensor-derived inspection and condition information to remote systems. Its patent expressly provides wireless communication to an off-board system, while its commercial software transmits inspection data to field inspectors and the web portal and can issue text or email notifications when a defect occurs. |

| **U.S. Patent No. 8,559,914**<br>**Claim 16** | **RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems** |
|---|---|
| 16. The method of claim 15, wherein the step of facilitating the user-defined response further comprises the step of automatically activating, by the computing device, the user-defined response to the user activity and/or the user surroundings. | RailPod facilitates configured responses to determined conditions, including real-time validation by its Shadow Operations Team, generation of actionable defect lists, predictive maintenance analysis, text/email notifications, remote review, and scheduling or prioritization of inspection and repair activity. Source: https://www.rail-pod.com/inspection-technologies/ |

| U.S. Patent No. 8,559,914<br>Claim 17 | RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems |
|---|---|
| 17. The method of claim 15, wherein the step of facilitating the user-defined response further comprises the step of assigning, by the computing device, a risk level associated with the user activity and/or the user surroundings. | RailPod facilitates configured responses to determined conditions, including real-time validation by its Shadow Operations Team, generation of actionable defect lists, predictive maintenance analysis, text/email notifications, remote review, and scheduling or prioritization of inspection and repair activity. Source: https://www.rail-pod.com/inspection-technologies/ |

| U.S. Patent No. 8,559,914<br>Claim 20 | RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems |
|---|---|
| 20. The method of claim 15, wherein the step of determining the user activity and/or the user surroundings further comprises the step of matching, by the computing device, sensor data to at least one algorithm with at least one user-defined parameter. | RailPod's autonomous rail-inspection platform satisfies or supports this limitation through a moving, sensor-equipped rail vehicle carrying onboard processors, memory, inertial-navigation and geometry sensors, autonomous-control software, and remote communications. RailPod's public materials and patent disclosures confirm the relevant onboard sensing, processing, condition determination, and off-board communication architecture. Source: https://www.rail-pod.com/inspection-technologies/ |

| **U.S. Patent No. 8,737,951**<br>**Claim 1** | **RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems** |
| --- | --- |
| 1. A wireless communications device (WCD), comprising: one or more memories that store computer program code; and one or more processors that execute the computer program code, the computer program code comprising: | RailPod's accused systems satisfy or support this limitation through onboard inertial-navigation and sensor processing, geometry calculation, condition/exception determination, autonomous inspection logic, and remote reporting as described in RailPod's public materials and patent disclosures. Source: https://www.rail-pod.com/inspection-technologies/ |
| instructions to enter a first mode of operation involving a first investigation process with one or more sensors, the first investigation process capturing first data with the one or more sensors; | RailPod operates in an initial inspection/ navigation mode in which onboard inertial, geometry, laser/camera, location, and other sensors capture data while the vehicle traverses track. This forms the first investigation process used to monitor the vehicle/track environment during ordinary inspection. |
| instructions to determine whether or not the first data is indicative of an activity relating to a user need for assistance, an accident, or a crime; and | RailPod analyzes captured data to determine whether the sensed condition indicates an event requiring attention, including a geometry exception, track defect, abnormal condition, navigation condition, or other safety/ maintenance issue. Identified conditions are classified and validated so the system can decide whether further investigation or response is warranted. |

| | |
|---|---|
| instructions to, when the first data may involve the activity, enter into a second mode of operation involving a second investigation process that is different than the first investigation process and that involves the one or more sensors and/or one or more other sensors in order to capture second data that is further indicative of the activity. | RailPod operates in an initial inspection/ navigation mode in which onboard inertial, geometry, laser/camera, location, and other sensors capture data while the vehicle traverses track. This forms the first investigation process used to monitor the vehicle/track environment during ordinary inspection. |

| **U.S. Patent No. 8,737,951<br>Claim 8** | **RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems** |
|---|---|
| 8. The system of claim 1, wherein the computer program code further comprises: instructions to compare the first data and/or the second data with reference data; and instructions to detect an event in an environment associated with the WCD based upon the comparison. | RailPod's accused systems establish and use reference information for later sensor interpretation. Public materials identify inertial navigation, GIS spatial data, GPS locations, customer maintenance standards, and automated run-on-run comparison of successive inspections. On information and belief, the inertial subsystem additionally derives orientation/reference information from accelerometer and gyroscope data, gravity, calibration, vehicle attitude, and track-centered geometry. Source: https://www.rail-pod.com/inspection-technologies/ |

| U.S. Patent No. 8,737,951<br>Claim 9 | RailPod Autonomous Rail Inspection, Inertial-Navigation, Track-Geometry & Sensor-Processing Systems |
|---|---|
| 9. The system of claim 8, wherein the comparison is in the time domain, frequency domain, or both. | On information and belief, RailPod evaluates sensor and geometry measurements in the time domain and, where useful for inertial/ vibration/condition analysis, the frequency domain or both. RailPod's stated use of advanced algorithms and signal-processing expertise is consistent with evaluating repeated sensor streams to identify geometry changes, vibration-related conditions, and defects. Source: https://www.rail-pod.com/ inspection-technologies/ |

Following BWE's review of RailPod's publicly described autonomous rail-inspection vehicles, inertial-navigation systems, track-geometry measurement, accelerometer/gyroscope-capable positional systems, exception-classification software, remote data portal, real-time alerts, and related sensor-processing technologies and operations, BWE has determined that certain onboard sensing, inertial and movement-data processing, reference/orientation processing, track-geometry and condition determination, exception classification, alerting, and responsive-monitoring functionalities practice multiple claims of U.S. Patent Nos. 9,049,558, 8,452,273, 8,559,914, and 8,737,951. The claim charts above set forth the technical basis for BWE's present infringement contentions.

In light of these findings, BWE offers RailPod three pathways toward resolution:

1. Licensing Agreement

RailPod may enter into a licensing agreement with BWE covering the identified technologies and other covered implementations, permitting continued use of the patented technology under mutually acceptable commercial terms.

2. Discontinuation and Compensation

Alternatively, RailPod may discontinue use of the identified patented technology and address appropriate compensation for past use.

3. Technical Non-Infringement Response

If RailPod believes that any identified product, system, service, configuration, or implementation does not practice one or more limitations of the Asserted Patents, RailPod may provide BWE with the technical basis for that position. RailPod should identify the specific patent claim or claim limitation disputed and provide sufficient supporting information to permit a meaningful technical evaluation, including, where relevant, system architecture, inertial-navigation or IMU specifications, accelerometer or gyroscope specifications, reference/orientation processing, coordinate or movement calculations, data flows, software or firmware functionality, test results, manuals, engineering documentation, or other materials showing why the identified limitation is not practiced.

BWE welcomes a transparent technical exchange intended to narrow or resolve genuine areas of disagreement efficiently. BWE recognizes that responsive technical information may be confidential, proprietary, or competitively sensitive. Where appropriate, BWE is willing to receive and evaluate such information under a mutually acceptable nondisclosure agreement, attorney-eyes-only arrangement, or comparable confidentiality protocol. BWE believes that an appropriate exchange of technical information can materially improve the efficiency of the parties' review, clarify any disputed claim limitations, and facilitate a prompt and informed resolution.

BWE requests a substantive response within two weeks of the date of this notice. BWE remains prepared to discuss the technical basis for its contentions, review relevant technical information provided by RailPod, and explore a business resolution. BWE expressly reserves all rights and remedies.

To discuss a potential licensing arrangement, provide a technical non-infringement response, request supporting documentation, coordinate a confidentiality arrangement, or seek additional time for review, please contact:

• Brett Cooke at (832) 287-7039 or brett@eurekaiplaw.com; or

• BWE's Licensing Agent, Pete Sirianni, at (561) 699-8043 or siriannip07@me.com.

If BWE does not receive a response within that period, BWE will understand that RailPod does not presently wish to pursue a cooperative resolution and will consider the appropriate next steps.

Thank you for your prompt attention to this matter. We look forward to the opportunity to resolve it constructively and professionally.

Brett T. Cooke
Eureka Intellectual Property Law, PLLC
Enclosures (on thumb drive)